UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

File No. **05-CR-20002-BC**
Judge David M. Lawson

v.

D-1   GARY J. THEUNICK,
D-2   FREDERICK A. MACKINNON and
D-3   MAXWELL LEE GARNETT,
        Defendants.
_____/

**GOVERNMENT'S SUPPLEMENTAL DISCLOSURE PURSUANT
TO FED.R.CRIM.P.  12.3(b)**

Pursuant to Fed.R.Crim.P. 12.3(b), the government supplements and identifies the following witness:

Lynn B. Dunbar
% Elderly Instruments
1100 N. Washington
Lansing, MI  48906
(517) 372-7880

In addition, the correct spelling of the name of a previously identified witness is Tracy V. McNeill.

                                Respectfully submitted,

Dated:   April 26, 2005              STEPHEN J. MURPHY
                                         United States Attorney

                                         s/Janet L. Parker
                                         Assistant U.S. Attorney
                                         101 First Street, Suite 200
                                         Bay City, Michigan  48708
                                         (989)  895-5712
                                         janet.parker2@usdoj.gov
                                         Bar No.:  P34931

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 26, 2005, the foregoing document was electronically filed, by an employee of the United States Attorney's Office, with the Clerk of the Court using the ECF system, which will automatically send notification to the following:

William Brisbois
Attorney at Law

  I hereby certify that an employee of the United States Attorney's Office mailed by United States Postal Service the document to the following non-ECF participants:

Richard L. Lee, Jr.
Attorney at Law
213 E. Main St.
Midland, MI 48640

David M. McCleary and William H. Van Dusen, Jr.
Attorneys at Law
2636 Dixie Highway
Waterford, MI 48328

                s/Janet L. Parker
                Assistant United States Attorney
                101 First Street, Suite 200
                Bay City, MI  48708
                Phone:  (989) 895-5712
                E-Mail:  janet.parker2@usdoj.gov
                Bar No. 34931