## U.S. v. Gary J. Theunick, et al. Discovery

**January 26, 2005**

    Grand jury transcript of testimony of Jeffery Maggard of 1/12/05 and grand jury exhibits 1, 2, 3 and 4, pp. 1-42

**February 16, 2005**

    Ogemaw County oath of office forms, p. 43

    MSP incident report of 1/19/01, pp. 44-47

    MSP original incident report of 4/30/01, Eno interview, pp. 48-53

    Letter from Robert Lesneski, MSP, of 5/10/01, p. 54

    Time sheets of 5/12/01 and 5/28/01, p. 55

    Letter from Investigator Daniel Furniss of 5/16/01 with attachment, pp. 56-57

    MSP supp report of 5/18/01, p. 58

    MSP supp report of 6/1/01, contact with Garnett, MacKinnon, Theunick, Zielinski, seizure of property, pp. 59-65

    Letter from Ogemaw County Prosecuting Attorney Darris Richards of 6/1/01, p. 66

    MSP supp report of 6/1/01, p. 67

    Pay check history report of 6/5/01, p. 68

    Photos of machineguns and silencers, pp. 69-71

    Check no. 146490 payable to Jerrys Sport Center, p. 72

    MSP supp report of 6/12/01, contact with MacKinnon, p. 73

    Freel & Myles fax cover sheet of 6/29/01 with attachments, pp. 74-76

    ATF report of interview of Max Garnett, 5/1/01, pp. 77-78

    ATF report of telephone conversation of 7/3/01 with Max Garnett and attachments, pp. 79-82

    ATF property inventory of 8/2/01, p. 83

    ATF property inventory of 8/15/01, p. 84

    ATF-NFA records search of 3/22/02, p. 85

**March 11, 2005**

    Audio tape of 6/3/01 interview of Gary Theunick.

**April 7, 2005**

    Darris B. Richards letter of 9/13/02, pp. 86-87

    Gary Schaible affidavit executed 1/7/05, p. 88

**April 20, 2005**

    Application for employment for Shawn Schnoor, p. 89

    Silent Delivery Systems disposition records, pp. 90-92

    Rose City application for employment for Maxwell Garnett, p. 93

    ATF 4473 for Jason Nathaniel Alexander of 7/19/00, p. 94

    Application for employment for Jason Nathaniel Alexander, p. 95

    ATF 4473 for Shawn Richard Schnoor of 8/16/00, p. 96

    Application for employment for Frederick Alexander MacKinnon, p. 97

    Application for employment for Gary Jerome Theunick, p. 98

    Affidavit of Kent M. Cousins, ATF, of 1/10/05, p. 99

    Affidavit of Maurice M. Walker, ATF, of 1/11/05, p. 100

Letter to Frank VanPaepeghem, Jr. from Frederick A. MacKinnon, p. 101

Certificate of Authenticity of Records and supporting documents from Colt Manufacturing, pp. 102-07

**April 27, 2005**

ATF report of taking custody of firearms and ammunition from MSP, pp. 108-110

ATF report "contact with Ogemaw County Prosecutor Darris Williams," pp. 111-12

ATF report of 6/1/01 interview of Fred MacKinnon, pp. 113-14

ATF report of 1/10/05 interview of Saginaw County Prosecutor Michael Thomas and 1/11/05 interview of former Genesee Prosecutor Arthur Busch, p. 115

ATF memo of conversation regarding a call from Max Garnett to Inspector Tamara Klockenga, p. 116

**May 5, 2005**

ATF lab reports of technical examinations of 3/21/05 and 4/26/05, pp. 117-26

Curriculum vitae of Michael C. Powell, pp. 127-28